

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2014

No. 04-13-00629-CR

Ismael **CRUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5658
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The court reporter's notification of late record is NOTED. The reporter's record is due on **January 30, 2014**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2014.

_____
Keith E. Hottle
Clerk of Court